

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/22

May 2, 2022

**MEMO ENDORSED**

**VIA CM/ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
Courtroom 20A
500 Pearl Street
New York, New York 10007

Re:   *Garcia v. W Services Group, et al.*, No. 22 Civ. 01959 (JGK)(BM)

Dear Judge Moses,

We represent Lorena Garcia, the opt-in Plaintiffs, and the putative collective/class members in the above referenced matter. We write pursuant to Your Honor's Individual Rules to seek an adjournment of the upcoming in-person conference scheduled for May 6, 2022. After conferring, counsel for all Parties are available on May 24th, 25th, and 27th should those dates work for the Court.

There is good cause for this adjournment request. Specifically, undersigned counsel's two-year old tested positive for COVID-19 yesterday. While I am currently testing negative, I anticipate this to likely change prior to the end of the week. Unfortunately, a remote option for May 6th would not be possible due to ongoing building construction at my residential building. Thus, I would not be able to guarantee a quiet background for any remote proceeding on May 6th.

This is the second request for an adjournment of this conference. This request would not affect any other deadlines, as no scheduling order has been entered and Defendants' time to answer is not yet due. Counsel for Defendants consent to this request.

We thank the Court for its consideration of our request and apologize for any inconvenience.

Sincerely,

/s/ Armando A. Ortiz

Armando A. Ortiz

CC: All Counsel of Record (via CM/ECF)

Application GRANTED to the extent that the May 6, 2022 conference is adjourned to **June 7, 2022 at 11:00 a.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 3, 2022