

# FITAPELLI & SCHAFFER
— ATTORNEYS AT LAW —

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    8/11/22
```

August 10, 2022

**MEMO ENDORSED**

**VIA CM/ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
Courtroom 20A
500 Pearl Street
New York, New York 10007

Re:     *Garcia v. W Services Group, et al.*, No. 22 Civ. 01959 (JGK)(BM)

Dear Judge Moses,

We represent Lorena Garcia, the opt-in Plaintiffs, and the putative collective/class members in the above referenced matter. We write, with consent from all Parties, to respectfully request an extension of time to submit the joint status update letter from August 16, 2022 to August 19, 2022. The Parties currently have a mediation scheduled for August 17, 2022. Therefore, the Parties will be better able to provide the Court with an accurate joint status letter after the mediation is held.

This is the first request for an extension of time to submit the joint status update letter. We thank the Court for its time and consideration of our request.

Application GRANTED. The deadline to submit the parties' pre-conference letter is EXTENDED to **August 19, 2022.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 11, 2022

Sincerely,

/s/ Armando A. Ortiz

Armando A. Ortiz