# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/22

MY DIRECT DIAL IS: (631) 247-4630
MY EMAIL ADDRESS IS: TIMOTHY.DOMANICK@JACKSONLEWIS.COM

August 19, 2022

**VIA ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Garcia v. W Services Group LLC, et al.*
Case No.: 22-CV-1959 (JGK)(BCM)

Your Honor:

We are counsel for Defendant W Services Group, LLC in the above-referenced matter. We write pursuant to Your Honor's Individual Practice Rule 2(a), and with the consent of all parties, to advise the Court the parties have reached a settlement in principal and are currently in the process of negotiating the settlement agreement and corresponding court submissions. Thus, we hereby jointly respectfully request that all applicable deadlines with respect to this matter be adjourned sine die so that we can finalize and submit the requisite paperwork (which we will do as expeditiously as possible). Further, we respectfully request that the Court conference currently scheduled for August 23rd be adjourned sine die so that the parties can prepare and submit the settlement paperwork. This is the first request for an adjournment of this particular conference.

Counsel remains available should Your Honor require additional information regarding this submission.

Respectfully submitted,

JACKSON LEWIS P.C.

*Timothy Domanick*

Timothy Domanick

---

Application GRANTED to the extent that the August 23, 2022 status conference is ADJOURNED *sine die*. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
August 22, 2022